**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-12918 |
| | § | |
| SCOTT WOLFF | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 04/10/2015, and was converted to chapter 7 on 07/22/2015. The undersigned trustee was appointed on 07/22/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                            $16,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $97.47 |
   | Other Payments to creditors | $3,991.28 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $4,000.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $7,911.25 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/29/2016 and the deadline for filing government claims was 03/29/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,950.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,950.00, for a total compensation of $1,950.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $25.73, for total expenses of $25.73.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2017            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 15-12918-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WOLFF, SCOTT | Date Filed (f) or Converted (c): | 04/10/2015 (f) |
| For the Period Ending: | 4/10/2017 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 03/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Condo located at 6959 W. Higgins, Unit 1N, Chicago, IL | $99,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempted pursuant to amended schedule C (dkt 58) | | | | | |
| 3 | Savings Account | $900.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempted pursuant to amended schedule C (dkt 58) | | | | | |
| 4 | Uniform Firearm | Unknown | $0.00 | | $0.00 | FA |
| 5 | Pension | $70,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2014 Ford F250 8000 Miles | $17,900.00 | $0.00 | | $0.00 | FA |
| 7 | 2010 Dodge 1500 Ram 40,000 Miles | $6,500.00 | $8,008.72 | | $16,000.00 | FA |
| **Asset Notes:** | $4000.00 Exempted pursuant to amended schedule C (dkt 58) | | | | | |

**TOTALS (Excluding unknown value)**                                                                                         **Gross Value of Remaining Assets**
                                       $195,800.00        $8,008.72                   $16,000.00        $0.00

**Major Activities affecting case closing:**
06/20/2016   2016 Reporting Period:
             Voluntarily converted from chapter 13 to chapter 7 8/25/2015
             Asset Case - non-exempt equity in 2010 Dodge Ram.  Liquidated the vehicle & paid Debtor's exemption of $4000.
             Claims 1 & 4 withdrawn.  Objected to claim 5 (sustained 6/7/16)
             TFR to be prepared

**Initial Projected Date Of Final Report (TFR):**   08/31/2016     **Current Projected Date Of Final Report (TFR):**     /s/ DAVID LEIBOWITZ
                                                                                                                          DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit B

| Case No. | 15-12918-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WOLFF, SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6121 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/26/2016 | | Wheels of Chicago | Proceeds from Sale - 2010 Dodge Ram 1500 (Sold for $16,000. Deposit represents total after repayment of lien to Ally Bank.) | * | $12,008.72 | | $12,008.72 |
| | {7} | | Proceeds from Sale - 2010 Dodge Ram 1500  $16,000.00 (Sold for $16,000. Deposit represents total after repayment of lien to Ally Bank.) | 1129-000 | | | $12,008.72 |
| | | | Pay-off lien on truck to Ally Bank  $(3,991.28) | 4210-000 | | | $12,008.72 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.12 | $12,005.60 |
| 02/27/2016 | 3001 | SCOTT WOLFF | Exemption paid to Debtor for 2010 Dodge Ram | 8100-003 | | $4,000.00 | $8,005.60 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.12 | $7,987.48 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.34 | $7,968.14 |
| 04/26/2016 | 3001 | STOP PAYMENT: SCOTT WOLFF | [Void - Debtor did not receive check] Exemption paid to Debtor for 2010 Dodge Ram | 8100-004 | | ($4,000.00) | $11,968.14 |
| 04/26/2016 | 3002 | SCOTT WOLFF | [Reissued Check] Exemption paid to Debtor for 2010 Dodge Ram | 8100-002 | | $4,000.00 | $7,968.14 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.31 | $7,948.83 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.41 | $7,936.42 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.39 | $7,924.03 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.78 | $7,911.25 |

**SUBTOTALS**   $12,008.72   $4,097.47

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12918-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WOLFF, SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6121 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $12,008.72 | $4,097.47 | $7,911.25 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $12,008.72 | $4,097.47 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $4,000.00 | |
|  |  |  | **Net** |  | $12,008.72 | $97.47 | |

| For the period of  4/10/2015 to 4/10/2017 | | For the entire history of the account between 01/26/2016 to 4/10/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,000.00 | Total Compensable Receipts: | $16,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,000.00 | Total Comp/Non Comp Receipts: | $16,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,088.75 | Total Compensable Disbursements: | $4,088.75 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $8,088.75 | Total Comp/Non Comp Disbursements: | $8,088.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3         Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.                  | 15-12918-JSB | Trustee Name:             | David Leibowitz |
|---------------------------|--------------|---------------------------|-----------------|
| Case Name:                | WOLFF, SCOTT | Bank Name:                | Green Bank      |
| Primary Taxpayer ID #:    | **-***6121   | Checking Acct #:          | ******1801      |
| Co-Debtor Taxpayer ID #:  |              | Account Title:            |                 |
| For Period Beginning:     | 4/10/2015    | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending:        | 4/10/2017    | Separate bond (if applicable): |              |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|                       | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|-----------------------|--------------|--------------|------------------|
| **TOTAL - ALL ACCOUNTS** | $12,008.72   | $4,097.47    | $7,911.25        |

**For the period of 4/10/2015 to 4/10/2017**

| Total Compensable Receipts:      | $16,000.00 |
| Total Non-Compensable Receipts:  | $0.00      |
| Total Comp/Non Comp Receipts:    | $16,000.00 |
| Total Internal/Transfer Receipts:| $0.00      |
|                                  |            |
| Total Compensable Disbursements: | $4,088.75  |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $8,088.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/10/2015 to 4/10/2017**

| Total Compensable Receipts:      | $16,000.00 |
| Total Non-Compensable Receipts:  | $0.00      |
| Total Comp/Non Comp Receipts:    | $16,000.00 |
| Total Internal/Transfer Receipts:| $0.00      |
|                                  |            |
| Total Compensable Disbursements: | $4,088.75  |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $8,088.75 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 15-12918-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WOLFF, SCOTT | | | | | | | | Date: 4/10/2017 |
| Claims Bar Date: | 03/29/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 6959 W. HIGGINS HOME OWNER ASSOCIATION c/o Grzymala Law Offices PC 10024 Skokie Blvd Suite 206 Skokie IL 60077 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,485.00 | $0.00 | $0.00 | $0.00 | $1,485.00 |
| 1 | ALLY BANK PO Box 130424 Roseville MN 55113-0004 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Withdrawn | 4210-000 | $0.00 | $3,991.28 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (1-1) 2010 DODGE RAM PICKUP VIN: 1D7RV1GT5AS216596

Claim was reduced to 3991.28 which was payoff at time of sale

Claim has been withdrawn by reason of payment (Docket 77).

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BANK OF AMERICA, N.A. c/o Wells Fargo Bank, N.A., as servicer Attn: Bankruptcy Dept./MAC# D3347-014 3476 Stateview Blvd. Fort Mill SC 29715 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Withdrawn 5/11/2016

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $25.73 | $0.00 | $0.00 | $0.00 | $25.73 |
| | DAVID P. LEIBOWITZ 53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,950.00 | $0.00 | $0.00 | $0.00 | $1,950.00 |

| Case No.: | 15-12918-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WOLFF, SCOTT | | | | | | | | Date: 4/10/2017 |
| Claims Bar Date: | 03/29/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | FIRST NATIONAL BANK OF OMAHA 1620 Dodge Street Stop Co de 3105 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,791.64 | $0.00 | $0.00 | $0.00 | $3,791.64 |
| 3 | FORD MOTOR CREDIT COMPANY LLC PO BOX 62180 COLORADO SPRINGS CO 80962 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Amended | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim amended 4/16/2016 to zero

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3A | FORD MOTOR CREDIT COMPANY LLC PO BOX 62180 COLORADO SPRINGS CO 80962 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,815.00 | $0.00 | $0.00 | $0.00 | $1,815.00 |
| | LAKELAW 53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $222.92 | $0.00 | $0.00 | $0.00 | $222.92 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC Successor to CitiBank, N.A. (SEARS GOLD MASTERCARD) POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,414.00 | $0.00 | $0.00 | $0.00 | $7,414.00 |

| Case No. | 15-12918-JSB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | WOLFF, SCOTT | | | | | | | | Date: 4/10/2017 |
| Claims Bar Date: | 03/29/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to FIA CARD SERVICES, N.A. (BANK OF AMERICA)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,707.61 | $0.00 | $0.00 | $0.00 | $7,707.61 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Citibank, N.A.(BEST BUY)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,426.89 | $0.00 | $0.00 | $0.00 | $1,426.89 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank (ABT TV)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,936.90 | $0.00 | $0.00 | $0.00 | $1,936.90 |
| 5 | WELLS FARGO BANK, N.A.<br><br>Home Equity Group<br>1 Home Campus<br>X2303-01A<br>Des Moines IA 50328-0001 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Claim disallowed by order dated June 7, 2016 (dkt 80).

| | | | | | $27,775.69 | $3,991.28 | $0.00 | $0.00 | $27,775.69 |

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| | |
|---|---|
| **Case No.** 15-12918-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** WOLFF, SCOTT | **Date:** 4/10/2017 |
| **Claims Bar Date:** 03/29/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $222.92 | $222.92 | $0.00 | $0.00 | $0.00 | $222.92 |
| Attorney for Trustee Fees (Trustee Firm) | $1,815.00 | $1,815.00 | $0.00 | $0.00 | $0.00 | $1,815.00 |
| General Unsecured § 726(a)(2) | $1,485.00 | $1,485.00 | $0.00 | $0.00 | $0.00 | $1,485.00 |
| Payments to Unsecured Credit Card Holders | $22,277.04 | $22,277.04 | $0.00 | $0.00 | $0.00 | $22,277.04 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $7,381.52 | $0.00 | $3,991.28 | $0.00 | $0.00 | $0.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $174,880.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,950.00 | $1,950.00 | $0.00 | $0.00 | $0.00 | $1,950.00 |
| Trustee Expenses | $25.73 | $25.73 | $0.00 | $0.00 | $0.00 | $25.73 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      15-12918
Case Name:     SCOTT WOLFF
Trustee Name:  David P. Leibowitz

Balance on hand: $7,911.25

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 3 | FORD MOTOR CREDIT COMPANY LLC | $0.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,911.25

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,950.00 | $0.00 | $1,950.00 |
| David P. Leibowitz, Trustee Expenses | $25.73 | $0.00 | $25.73 |
| Lakelaw, Attorney for Trustee Fees | $1,815.00 | $0.00 | $1,815.00 |
| Lakelaw, Attorney for Trustee Expenses | $222.92 | $0.00 | $222.92 |

Total to be paid for chapter 7 administrative expenses: $4,013.65
Remaining balance: $3,897.60

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $3,897.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $3,897.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $23,762.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | First National Bank of Omaha | $3,791.64 | $0.00 | $621.93 |
| 3A | FORD MOTOR CREDIT COMPANY LLC | $0.00 | $0.00 | $0.00 |
| 6 | 6959 W. Higgins Home Owner Association | $1,485.00 | $0.00 | $243.58 |
| 7 | Portfolio Recovery Associates, LLC | $7,414.00 | $0.00 | $1,216.09 |
| 8 | Portfolio Recovery Associates, LLC | $7,707.61 | $0.00 | $1,264.25 |
| 9 | Portfolio Recovery Associates, LLC | $1,426.89 | $0.00 | $234.05 |
| 10 | Portfolio Recovery Associates, LLC | $1,936.90 | $0.00 | $317.70 |

|  | Total to be paid to timely general unsecured claims: | $3,897.60 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all

**UST Form 101-7-TFR (5/1/2011)**

allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**