**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-12918 |
| | § | |
| SCOTT WOLFF | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $116,900.00 | Assets Exempt: | $76,400.00 |
| Total Distributions to Claimants: | $7,888.88 | Claims Discharged Without Payment: | $19,865.44 |
| Total Expenses of Administration: | $4,111.12 | | |

3)   Total gross receipts of $16,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2**)**,** yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $208,211.00 | $182,261.90 | $3,991.28 | $3,991.28 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $4,111.12 | $4,111.12 | $4,111.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $27,904.00 | $23,762.04 | $23,762.04 | $3,897.60 |
| **Total Disbursements** | $236,115.00 | $210,135.06 | $31,864.44 | $12,000.00 |

   4). This case was originally filed under chapter 7 on 04/10/2015.  The case was pending for 28 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 08/08/2017     By:  /s/ David P. Leibowitz
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Dodge 1500 Ram 40,000 Miles | 1129-000 | $16,000.00 |
| **TOTAL GROSS RECEIPTS** | | $16,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SCOTT WOLFF | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ally Bank | 4210-000 | $7,800.00 | $7,381.52 | $3,991.28 | $3,991.28 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | 4210-000 | $32,500.00 | $0.00 | $0.00 | $0.00 |
| 4 | Bank of America, N.A. | 4110-000 | $134,119.00 | $139,484.25 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank, N.A. | 4110-000 | $33,792.00 | $35,396.13 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $208,211.00 | $182,261.90 | $3,991.28 | $3,991.28 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,950.00 | $1,950.00 | $1,950.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $25.73 | $25.73 | $25.73 |
| Green Bank | 2600-000 | NA | $97.47 | $97.47 | $97.47 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,815.00 | $1,815.00 | $1,815.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $222.92 | $222.92 | $222.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $4,111.12 | $4,111.12 | $4,111.12 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 2 | First National Bank of Omaha | 7100-900 | $3,791.00 | $3,791.64 | $3,791.64 | $621.93 |
| 3A | FORD MOTOR CREDIT COMPANY LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | 6959 W. Higgins Home Owner Association | 7100-000 | $0.00 | $1,485.00 | $1,485.00 | $243.58 |
| 7 | Portfolio Recovery Associates, LLC | 7100-900 | $8,610.00 | $7,414.00 | $7,414.00 | $1,216.09 |
| 8 | Portfolio Recovery Associates, LLC | 7100-900 | $11,000.00 | $7,707.61 | $7,707.61 | $1,264.25 |
| 9 | Portfolio Recovery Associates, LLC | 7100-900 | $2,502.00 | $1,426.89 | $1,426.89 | $234.05 |
| 10 | Portfolio Recovery Associates, LLC | 7100-900 | $2,000.00 | $1,936.90 | $1,936.90 | $317.70 |
| | Portfolio Recovery Associates, LLC | 7100-900 | $1.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,904.00 | $23,762.04 | $23,762.04 | $3,897.60 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-12918-JSB | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | WOLFF, SCOTT | Date Filed (f) or Converted (c): | 04/10/2015 (f) |
| For the Period Ending: | 8/8/2017 | §341(a) Meeting Date: | 09/16/2015 |
| | | Claims Bar Date: | 03/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Condo located at 6959 W. Higgins, Unit 1N, Chicago, IL | $99,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking Account | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempted pursuant to amended schedule C (dkt 58) | | | | | |
| 3 | Savings Account | $900.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Exempted pursuant to amended schedule C (dkt 58) | | | | | |
| 4 | Uniform Firearm | Unknown | $0.00 | | $0.00 | FA |
| 5 | Pension | $70,000.00 | $0.00 | | $0.00 | FA |
| 6 | 2014 Ford F250 8000 Miles | $17,900.00 | $0.00 | | $0.00 | FA |
| 7 | 2010 Dodge 1500 Ram 40,000 Miles | $6,500.00 | $8,008.72 | | $16,000.00 | FA |
| **Asset Notes:** | $4000.00 Exempted pursuant to amended schedule C (dkt 58) | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**
                                       $195,800.00          $8,008.72                       $16,000.00                    $0.00

**Major Activities affecting case closing:**
06/30/2017   TFR filed at court 5/8/2017
06/20/2016   2016 Reporting Period:
             Voluntarily converted from chapter 13 to chapter 7 8/25/2015
             Asset Case - non-exempt equity in 2010 Dodge Ram.  Liquidated the vehicle & paid Debtor's exemption of $4000.
             Claims 1 & 4 withdrawn.  Objected to claim 5 (sustained 6/7/16)
             TFR to be prepared

Initial Projected Date Of Final Report (TFR):   08/31/2016      Current Projected Date Of Final Report (TFR):         /s/ DAVID LEIBOWITZ
                                                                                                                      DAVID LEIBOWITZ

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-12918-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WOLFF, SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6121 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/26/2016 | | Wheels of Chicago | Proceeds from Sale - 2010 Dodge Ram 1500 (Sold for $16,000. Deposit represents total after repayment of lien to Ally Bank.) | * | $12,008.72 | | $12,008.72 |
| | {7} | | Proceeds from Sale - 2010 Dodge Ram 1500  $16,000.00 (Sold for $16,000. Deposit represents total after repayment of lien to Ally Bank.) | 1129-000 | | | $12,008.72 |
| | | | Pay-off lien on truck to Ally Bank  $(3,991.28) | 4210-000 | | | $12,008.72 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $3.12 | $12,005.60 |
| 02/27/2016 | 3001 | SCOTT WOLFF | Exemption paid to Debtor for 2010 Dodge Ram | 8100-003 | | $4,000.00 | $8,005.60 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.12 | $7,987.48 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.34 | $7,968.14 |
| 04/26/2016 | 3001 | STOP PAYMENT: SCOTT WOLFF | [Void - Debtor did not receive check] Exemption paid to Debtor for 2010 Dodge Ram | 8100-004 | | ($4,000.00) | $11,968.14 |
| 04/26/2016 | 3002 | SCOTT WOLFF | [Reissued Check] Exemption paid to Debtor for 2010 Dodge Ram | 8100-002 | | $4,000.00 | $7,968.14 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.31 | $7,948.83 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.41 | $7,936.42 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.39 | $7,924.03 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $12.78 | $7,911.25 |
| 05/30/2017 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $222.92; Distribution Dividend: 100.00%; | 3120-000 | | $222.92 | $7,688.33 |
| 05/30/2017 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $1,815.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,815.00 | $5,873.33 |
| 05/30/2017 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,950.00 | $3,923.33 |
| 05/30/2017 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $25.73 | $3,897.60 |
| 05/30/2017 | 3007 | 6959 W. Higgins Home Owner Association | Claim #: 6; Amount Claimed: $1,485.00; Distribution Dividend: 16.40%; | 7100-000 | | $243.58 | $3,654.02 |

SUBTOTALS  $12,008.72  $8,354.70

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12918-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WOLFF, SCOTT | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6121 | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/30/2017 | 3008 | First National Bank of Omaha | Claim #: 2; Amount Claimed: $3,791.64; Distribution Dividend: 16.40%; | 7100-900 | | $621.93 | $3,032.09 |
| 05/30/2017 | 3009 | Portfolio Recovery Associates, LLC | Claim #: 7; Amount Claimed: $7,414.00; Distribution Dividend: 16.40%; | 7100-900 | | $1,216.09 | $1,816.00 |
| 05/30/2017 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 8; Amount Claimed: $7,707.61; Distribution Dividend: 16.40%; | 7100-900 | | $1,264.25 | $551.75 |
| 05/30/2017 | 3011 | Portfolio Recovery Associates, LLC | Claim #: 9; Amount Claimed: $1,426.89; Distribution Dividend: 16.40%; | 7100-900 | | $234.05 | $317.70 |
| 05/30/2017 | 3012 | Portfolio Recovery Associates, LLC | Claim #: 10; Amount Claimed: $1,936.90; Distribution Dividend: 16.40%; | 7100-900 | | $317.70 | $0.00 |
| | | | **TOTALS:** | | $12,008.72 | $12,008.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $12,008.72 | $12,008.72 | |
| | | | Less: Payments to debtors | | $0.00 | $4,000.00 | |
| | | | **Net** | | $12,008.72 | $8,008.72 | |

| For the period of 4/10/2015 to 8/8/2017 | | For the entire history of the account between 01/26/2016 to 8/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,000.00 | Total Compensable Receipts: | $16,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,000.00 | Total Comp/Non Comp Receipts: | $16,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,000.00 | Total Compensable Disbursements: | $12,000.00 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $16,000.00 | Total Comp/Non Comp Disbursements: | $16,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-12918-JSB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WOLFF, SCOTT | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6121 | | Checking Acct #: | ******1801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/8/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $12,008.72 | $12,008.72 | $0.00 |

| For the period of 4/10/2015 to 8/8/2017 | | For the entire history of the case between 04/10/2015 to 8/8/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,000.00 | Total Compensable Receipts: | $16,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,000.00 | Total Comp/Non Comp Receipts: | $16,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $12,000.00 | Total Compensable Disbursements: | $12,000.00 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $16,000.00 | Total Comp/Non Comp Disbursements: | $16,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ